FILED
2016 Aug-31  PM 01:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL SLADE PRISOC, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 2:16-cv-00992-JHE |
| LVNV FUNDING, LLC, et al., | ) |
| Defendants. | ) |

## ORDER DISMISSING CASE

A stipulation of dismissal, signed by all parties who have appeared, having been filed in this action, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is **DISMISSED**, **with prejudice**, the parties to bear their own fees, costs, and expenses.

DONE this 31st day of August 2016.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE